# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA POWERS, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>　　　　　　　　Defendant. | Case No. 1:23-cv-14470<br><br>JUDGE LASHONDA A. HUNT<br><br>MAGISTRATE JUDGE M. DAVID WEISMAN |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Patricia Powers pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Blue Cross Blue Shield of Illinois without prejudice.

Dated: November 9, 2023　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Gary M. Klinger*
　　　　　　　　　　　　　　　　Gary M. Klinger
　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　227 W. Monroe Street, Suite 2100
　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　Phone: 866.252.0878
　　　　　　　　　　　　　　　　Email: gklinger@milberg.com

　　　　　　　　　　　　　　　　Jason M. Wucetich*
　　　　　　　　　　　　　　　　**WUCETICH & KOROVILAS, LLP**
　　　　　　　　　　　　　　　　222 N. PCH Blvd., Suite 2000
　　　　　　　　　　　　　　　　El Segundo, CA 90245
　　　　　　　　　　　　　　　　(310) 335-2001
　　　　　　　　　　　　　　　　(310) 364-5201 (facsimile)
　　　　　　　　　　　　　　　　jason@wukolaw.com

　　　　　　　　　　　　　　　　*Pro Hac Vice* application forthcoming

　　　　　　　　　　　　　　　　**Counsel for Plaintiff and**
　　　　　　　　　　　　　　　　**the Proposed Class**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 9, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

> */s/ Gary M. Klinger*
> Gary M. Klinger
> **MILBERG COLEMAN BRYSON**
> **PHILLIPS GROSSMAN, PLLC**
> 227 W. Monroe Street, Suite 2100
> Chicago, IL 60606
> Phone: 866.252.0878
> Email: gklinger@milberg.com